UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SUAVE GORDON,**

    **Plaintiff,**

    Case No.: _____

vs.

**ARHAUS, LLC, a foreign corporation;**

    **Defendant.**

_____/

## COMPLAINT

Plaintiff, SUAVE GORDON, by and through his undersigned attorneys, hereby sues the Defendant, ARHAUS, LLC, a foreign corporation, and alleges as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. 1331.

2. Venue lies within the Middle District of Florida pursuant to 28 U.S.C. 1391(b) because a substantial part of the events giving rise to this claim arose in this Judicial District.

3. Plaintiff is a resident of Duval County, Florida.

4. Defendant is a foreign corporation, licensed and authorized to conduct business in the State of Florida and doing business within this Judicial District.

### ADMINISTRATIVE PREREQUISITES

5. Plaintiff timely dual-filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and the Florida Commission on Human Relations (FCHR).

6. More than 180 days have passed since the filing of the charge with no determination of cause issued by the EEOC.

7. All conditions precedent to the filing of this Complaint have been met.

1

## GENERAL ALLEGATIONS

8. Plaintiff began his employment with Defendant on or about May 1, 2017, as a Design Consultant.

9. In July, 2018 Plaintiff was injured in a serious motor vehicle collision and suffered injuries that required medical treatment.

10. Plaintiff's injuries required shoulder surgery in June 2019.

11. Plaintiff's Supervisor, Nadine Mitchell, was aware of his medical situation and was informed of Plaintiff's follow-up surgery appointments for physical therapy.

12. On or about April 23, 2019, Plaintiff scheduled his shoulder surgery and gave Ms. Mitchell notice of his scheduled shoulder surgery.

13. Plaintiff obtained and provided to Defendant a doctor's note and Family Medical Leave form that required Plaintiff to remain out of work until July 5, 2019.

14. However, because other workers of ARHAUS were scheduled to be out during that time, Ms. Mitchell badgered Plaintiff to come back to work much earlier than was his doctor required in his doctor's note.

15. In an effort to accommodate the company and Ms. Mitchell's request —when in fact the company should have been accommodating him—Plaintiff agreed to come back to work two (2) days after his surgery with the understanding that if he started experiencing pain then he would need to remain out of work to continue his medical leave.

16. On Plaintiff's third day back to work after surgery, he advised Ms. Mitchell that he was in extreme pain and would need to return to full medical leave in order to properly heal.

17. Ms. Mitchell voiced displeasure and was disrespectful towards Plaintiff's request.

18. On July 8, 2019, Plaintiff returned to work as scheduled.

19. Upon his arrival back to work, Plaintiff was immediately confronted by the Regional Manager for Defendant, ARHAUS, who presented him with a write-up for insubordination toward Ms. Mitchell.

20. As part of Plaintiff's surgical recovery, he was required to undergo physical therapy.

21. On July 9, 2019, after Plaintiff received his write-up, Plaintiff placed his six-week doctor's appointment schedule in Ms. Mitchell's desk drawer, as was standard protocol.

22. On July 11, 2019, Plaintiff was terminated for leaving early for a physical therapy appointment.

## COUNT I
## DISABILITY DISCRIMINATION - FLORIDA CIVIL RIGHTS ACT

23. Plaintiff adopts and realleges Paragraphs 1 through 22 as if set out in full herein.

24. At all times material hereto, Defendant was the employer of Plaintiff, the employee, under the law.

25. By terminating Plaintiff, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on account of his known disability, because the Defendant regarded him as having a disability, and/or because of Plaintiff's record of having a disability, in violation of the Florida Civil Rights Act.

26. Defendant failed to provide Plaintiff reasonable accommodations for his disability.

27. As a result of Defendant's unlawful discrimination, Plaintiff has suffered past and present damages and will suffer future damages, as set forth below.

WHEREFORE, Plaintiff prays for the following past and future damages against Defendant:

    a. Back pay and benefits;

    b.    Interest on back pay and benefits;

    c.    Front pay and benefits;

    d.    Compensatory damages;

    e.    Pecuniary and non-pecuniary losses;

    f.    Costs and attorney's fees;

    g.    Punitive damages; and

    h.    Any other relief this Court deems just and equitable.

## COUNT II
## FMLA RETALIATION

28. Plaintiff adopts and realleges Paragraphs 1 through 22 as if set out in full herein.

29. By the conduct described above, Defendant discriminated against the Plaintiff for asserting his FMLA rights.

30. Defendant's actions constitute violations of the FMLA.

31. As a result of Defendant's unlawful actions, Plaintiff has suffered and continues to suffer past and future damages and prays for the following relief:

    a.    Back pay and benefits;

    b.    Interest on back pay and benefits;

    c.    Front pay and benefits;

    d.    Liquidated damages;

    e.    Costs and attorney's fees; and

    f.    Any other relief this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury in this action.

DATED this 20th day of August 2020.

                              **FLORIN ROEBIG, P.A.**

                              /s/ *Parker Y. Florin*
                              **THOMAS D. ROEBIG, JR., ESQUIRE**
Florida Bar No.: 0651702
Primary Email:   TDR@FlorinRoebig.com
Secondary Email:  Lisa@florinroebig.com
**PARKER Y. FLORIN, ESQUIRE**
Florida Bar No.: 0127139
Primary Email:   PFlorin@FlorinRoebig.com
Secondary Email:  Lisa@FlorinRoebig.com
**TAYLOR D. ROEBIG, ESQUIRE**
Florida Bar No.: 1002817
Primary Email: TaylorRoebig@FlorinRoebig.com
Secondary Email:  Lisa@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone No.: (727) 786-5000
Facsimile No.: (727) 772-9833
Attorneys for Plaintiff